Decided March 11, 1996

## STATE OF CONNECTICUT *v.* KENNETH PRUTTING

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided March 11, 1996